**SET ASIDE and REMAND and Opinion Filed October 24, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00637-CV

### IN THE INTEREST OF P.H., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89,795**

## MEMORANDUM OPINION
Before Justices Partida-Kipness, Reichek, and Miskel
Opinion by Justice Reichek

This is the second time this child protection case has been before the Court. In 2022, we reversed the trial court's order terminating Father's parental rights and remanded for further proceedings. *See In re P.H.*, No. 05-22-00617-CV, 2022 WL 17663648 (Tex. App.—Dallas Dec. 14, 2022, no pet.) (mem. op.).

Father now appeals the trial court's May 28, 2023 "Amended Final Order in Suit Affecting the Parent–Child Relationship and Order of Termination Following Appeal." The parties have filed an agreed motion for remand to the trial court. In the motion, they state they have entered into a mediated settlement agreement which renders Father's appeal moot. They ask the Court to set aside the trial court's

judgment and remand the case to the trial court for rendition of judgment in accordance with their agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). We grant the motion. As requested by the parties, we set aside the trial court's order as to Father without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement.

/Amanda L. Reichek/
AMANDA L. REICHEK
230637F.P05                                          JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF P.H., A
CHILD

No. 05-23-00637-CV

On Appeal from the 196th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 89,795.
Opinion delivered by Justice
Reichek. Justices Partida-Kipness
and Miskel participating.

In accordance with this Court's opinion of this date, we **SET ASIDE** the trial court's May 28, 2023 order as to Francis Patrick Hines without regard to the merits and **REMAND** this case to the trial court for rendition of judgment in accordance with the parties' mediated settlement agreement.

It is **ORDERED** that, subject to any agreement of the parties, each party bear its own costs of this appeal.

Judgment entered this 24th day of October, 2023.